**SHAKED LAW GROUP, P.C.**
ATTORNEYS-AT-LAW
14 HARWOOD COURT, SUITE 415
SCARSDALE, NEW YORK 10583

_____

TEL.  (917) 373-9128
ShakedLawGroup@Gmail.com

January 26, 2023

**Via ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:    **Nadreca Reid v. Borgata Holdings, Inc. and Finamill Co.**
          **Case No. 22-cv-9755-KPF**

Dear Judge Failla:

    The undersigned represents the Plaintiff in the above-captioned matter. An Initial Conference is scheduled for February 3, 2023 at 4:00 p.m. The parties jointly request that the Initial Conference be adjourned for thirty (30) days as Plaintiff's counsel will be out of state during the week of January 30 to February 3 and will be in transit on the date and time at which the Initial Conference is scheduled. Moreover, the adjournment will enable the parties to discuss the possibility of an amicable resolution.

    This request is made on consent of all parties.

    No prior request for this relief has been made.

    Thank you for your consideration.

                                               Very truly yours,

                                               */s/Dan Shaked*_____

cc: Nolan Klein, Esq. (via email and ECF)

Application GRANTED.  The initial pretrial conference scheduled to take place on February 3, 2023, is hereby **ADJOURNED to March 10, 2023, at 3:30 p.m.**  The Court further notes that the initial pretrial conference is for the parties' own benefit.  If the parties do not wish to hold the initial pretrial conference, they may submit a proposed case management plan to the Court for the Court to endorse, as Defendants have already answered the Complaint.

The Clerk of Court is directed to terminate the pending motion at docket entry 10.

Dated:     January 26, 2023                SO ORDERED.
           New York, New York

                                           *[signature: Katherine Polk Failla]*

                                           HON. KATHERINE POLK FAILLA
                                           UNITED STATES DISTRICT JUDGE